

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-16-2014

# Ernesto Galarza v. Mark Szalczyk

Precedential or Non-Precedential: Precedential

Docket No. 12-3991

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Ernesto Galarza v. Mark Szalczyk" (2014). *2014 Decisions.* Paper 414.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/414

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ERNESTO GALARZA,

Appellant

v.

MARK SZALCZYK; CITY OF ALLENTOWN;
LEHIGH COUNTY; GREG MARINO;
CHRISTIE CORREA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil Action No. 10-cv-6815)
District Judge: Hon. James Knoll Gardner

_____

Argued: October 10, 2013
Before: FUENTES, COWEN, and BARRY, *Circuit Judges*.

(Opinion Filed: March 4, 2014)
_____

**O R D E R**

It is O R D E R E D that the Opinion entered on March 4, 2014 is amended to

correct clerical errors, the March 4, 2014, Opinion is amended as follows:

1. On page 3 of the Court's Opinion "Christopher N. Lasch, Esq., University of Denver Sturm College of Law, 2255 East Evans Avenue, Suite 335, Denver, CO 80208"

2. On page 21 of the Court's Opinion "Br. for Law Professors at 14" should read "Br. for Law Professors at 4."

By the Court,

s/ Julio M. Fuentes
Circuit Judge

Dated:         April 16, 2014
SLC/cc:      Counsel of Record